**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| JULIE CRUZ-SANTANA, in representation of MARTIN MEDINA-DE LA CRUZ, <br><br>       Petitioner, <br><br>         v. <br><br> REBECCA GONZALEZ-RAMOS, et al., <br><br>       Respondents. | **Civil No. 26-1038 (GMM)** |

**JUDGMENT**

On March 25, 2026, this Court denied Petitioner's *Petition for Writ of Habeas Corpus*, finding Petitioner's claim moot and barred by statute for lack of exhaustion of administrative remedies. (Docket No. 42).

Pursuant to this Court's Order at Docket No. 42, Judgment is hereby entered DISMISSING WITHOUT PREJUDICE Petitioner's claims.

The case is now closed for statistical purposes.


IT IS SO ORDERED.

In San Juan, Puerto Rico, on March 26, 2026.


/s/ Gina R. Méndez-Miró
GINA R. MÉNDEZ-MIRÓ
United States District Judge